IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02005-RBJ-KLM

Michael Hess,

    Plaintiff,

v.

Level 3 Communications, LLC,

    Defendant.

## ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Having reviewed the parties' Stipulation for Dismissal with Prejudice under Rule 41(a)(1)(A)(ii)., Fed.R.Civ.P., and being fully advised, this Court

Orders that the Stipulation for Dismissal is hereby GRANTED. This action is dismissed with prejudice. Each party shall bear her or its own costs and attorneys' fees.

Dated: March 31, 2014

By the Court:

*[signature: Brooke Jackson]*

R. Brooke Jackson
U.S. District Court Judge